UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL RECOVERY CORPORATION,<br><br>Defendant. | No. 1:22-cv-01175-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 17) |

On July 4, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 17). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 8, 2024**     /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE